**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL PANNELL,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-3247** |
| | : | |
| **KEVIN RANSOM, et al.** | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

    **AND NOW**, this __22nd__ day of February 2021, upon consideration of the Petition for Writ Of Habeas Corpus (ECF 2), the Response in Opposition to the Petition (ECF 12), and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge (ECF 14), it is hereby **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED**, without an evidentiary hearing; and

3. Furthermore, a certificate of appealability is **DENIED**.


                                      **BY THE COURT:**

                                      **/s/ Petrese B. Tucker**
                                      _____
                                      **Hon. Petrese B. Tucker, U.S.D.J.**